# Criminal Case Cover Sheet

**U.S. District Court**

FILED: REDACTED

IND

☒ Under Seal

**Place of Offense:**
- City:
- County:

Superseding Indictment:
Same Defendant:
Magistrate Judge Case No.: 1:20-MJ-112
Search Warrant Case No.:

Judge Assigned: RDA
Criminal No.: 1:20-CR-103
New Defendant:
Arraignment Date:
R. 20/R. 40 From:

## Defendant Information:

- **Defendant Name:** Armando Eliu Melgar Diaz
- **Alias(es):** "Blue" "Clipper"
- ☐ Juvenile  FBI No.:
- **Address:**
- **Employment:**
- **Birth Date:** XX/XX/90
- **SSN:** No SSN
- **Sex:** Male
- **Race:**
- **Nationality:**
- **Place of Birth:** El Salvador
- **Height:** **Weight:** **Hair:** **Eyes:** **Scars/Tattoos:**
- ☐ Interpreter  **Language/Dialect:**
- **Auto Description:**

## Location/Status:

- **Arrest Date:**
- ☐ Already in Federal Custody as of: ___ in: ___
- ☐ Already in State Custody
- ☐ On Pretrial Release
- ☐ Not in Custody
- ☐ Arrest Warrant Requested
- ☐ Fugitive
- ☐ Summons Requested
- ☐ Arrest Warrant Pending
- ☐ Detention Sought
- ☐ Bond

## Defense Counsel Information:

- **Name:**
- **Address:**
- **Phone:**
- ☐ Court Appointed
- ☐ Retained
- ☐ Public Defender
- **Counsel Conflicts:**
- ☐ Federal Public Conflicted Out

## U.S. Attorney Information:

- **AUSA(s):** Nicholas J. Patterson
- **Phone:** (703) 838-2630
- **Bar No.:**

## Complainant Agency - Address & Phone No. or Person & Title:

Daniel B. Brunner, Special Agent, FBI

| U.S.C. Citations: | Code/Section | Offense Charged | Count(s) | Capital/Felony/Misd./Petty |
|---|---|---|---|---|
| Set 1: | 18 U.S.C. § 1962(d) | Conspiracy/Participate Racket. Enterprise | 1 | Felony |
| Set 2: | 18 U.S.C. § 2339A(a) | Conspiracy/Provide & Conceal Mat. Support to Terrorists | 2 | Felony |
| Date: | | AUSA Signature: *Nicholas J. Patterson* Digitally signed by NICHOLAS PATTERSON Date: 2020.05.04 09:57:33 -04'00' | | may be continued on reverse |

District Court Case Number (to be filled by deputy clerk): _____

| U.S.C. Citations: | Code/Section | Offense Charged | Count(s) | Capital/Felony/Misd./Petty |
|---|---|---|---|---|
| Set 3: | 18 U.S.C. § 956(a)(1) | Conspiracy to Kill/Maim Persons Outside US | 3 | Felony |
| Set 4: | 18 U.S.C. §§ 2332b(c) | Conspiracy to Commit Acts of Terrorism | 4 | Felony |
| Set 5: | 18 U.S.C. §§ 2339C(a) | Conspiracy to Finance Terrorism | 5 | Felony |
| Set 6: | 21 U.S.C. § 960a(a) | Narco-Terrorism Conspiracy | 6 | Felony |
| Set 7: | 50 U.S.C. § 1705(a) | Conspiracy to Violate IEEPA | 7 | Felony |
| Set 8: | 21 U.S.C. §§ 841(a)(1) a | Conspiracy to Dist. Controlled Substances | 8 | Felony |
| Set 9: | | | | |
| Set 10: | | | | |
| Set 11: | | | | |
| Set 12: | | | | |
| Set 13: | | | | |
| Set 14: | | | | |
| Set 15: | | | | |
| Set 16: | | | | |
| Set 17: | | | | |
| Set 18: | | | | |
| Set 19: | | | | |
| Set 20: | | | | |
| Set 21: | | | | |
| Set 22: | | | | |
| Set 23: | | | | |
| Set 24: | | | | |
| Set 25: | | | | |

[Print Form]   [Reset Form]