IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) Case No: 1:20cr103 |
| v. | ) |
| | ) |
| ARMANDO ELIU MELGAR DIAZ, | ) |
| | ) |
| a.k.a. "Blue," and "Clipper," | ) |
| | ) |
| Defendant. | ) |

ORDER TO UNSEAL INDICTMENT

It is hereby ORDERED that the indictment in the above-captioned case is UNSEALED.

It is SO ORDERED.

Alexandria Virginia,
July 14, 2020

I ASK FOR THIS:

/s/
Rossie D. Alston, Jr.
United States District Judge

Nicholas J. Patterson
*Digitally signed by NICHOLAS PATTERSON*
*Date: 2020.07.14 13:35:07 -04'00'*

Nicholas J. Patterson
Assistant United States Attorney
Kevin L. Rosenberg
Matthew W. Shepherd
Special Assistant United States Attorneys